# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# BEAUFORT DIVISION

| | | |
|---|---|---|
| Patricia Ann Gobbel, | ) | Civil Action No.: 9:19-cv-02131-JMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Andrew M. Saul, | ) | |
| Commissioner of | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the court on Plaintiff Patricia Ann Gobbel's ("Plaintiff") Motion for Attorney's Fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). (ECF No. 31.) Defendant filed a Stipulation on September 9, 2020 notifying the court that the parties agreed to an award of $8,300.00 in attorney's fees. (ECF No. 30.) After reviewing Plaintiff's Motion (ECF No. 31), the parties' Stipulation (ECF No. 30), and Defendant's Response (ECF No. 32), the court finds that the stipulated request for fees is reasonable and that Plaintiff is entitled to an award of attorney's fees under the EAJA in the stipulated amount.

In accordance with *Astrue v. Ratliff*, 560 U.S. 586 (2010), EAJA fees awarded by this court belong to the litigant and are subject to the Treasury Offset Program, 31 U.S.C. § 3716 (2006). Therefore, the court directs that the fees be payable to Plaintiff and delivered to Plaintiff's counsel. The amount of attorney's fees payable to counsel will be the balance of the stipulated attorney's fees remaining after subtracting the amount of Plaintiff's outstanding federal debt. *See* 31 U.S.C. § 3716. If Plaintiff's outstanding federal debt exceeds the amount of attorney's fees under the stipulation, the stipulated amount will be used to offset Plaintiff's federal debt and no attorney's fees shall be paid. (ECF No. 30 at 2.)

2

The court **GRANTS** Plaintiff's Motion for Attorney's Fees (ECF No. 31) and awards Plaintiff $8,300.00 in attorney's fees.

**IT IS SO ORDERED.**

*J. Michelle Childs*

United States District Judge

November 24, 2020
Columbia, South Carolina

2